IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| TRACY ALEXANDER BROWN, SR. | § | |
| VS. | § | CIVIL ACTION NO.  1:03cv872 |
| UNITED STATES PROBATION OFFICE, ET AL. | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Tracy Alexander Brown, Sr., an inmate confined at the Federal Correctional Institution in Seagoville, Texas, proceeding *pro se*, brought this civil action alleging violations of the Privacy Act.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends granting the defendants' motion for summary judgment and dismissing the case.

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  The defendants' motion for summary judgment

is **GRANTED**. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

SIGNED at BEAUMONT, Texas, on this the 9 day of September, 2005.

_____
HOWELL COBB
UNITED STATES DISTRICT JUDGE